IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL DUANE CHERRETTE,

       Plaintiff,

v.                                   CASE NO. 1:08cv250-SPM/AK

TALLAHASSEE CENTRAL OFFICE,
et al.,

       Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 7) dated April 13, 2009.  Plaintiff was furnished a copy, and has filed a document (doc. 8) that has been construed as a motion for emergency transfer.  It will be treated as an objection as well.

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted.  Plaintiff's allegations are unintelligible.  Accordingly it is

ORDERED AND ADJUDGED:

1.      The report and recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. This case is dismissed as frivolous and the motion for emergency transfer (doc. 8) is denied.

3. The clerk shall note on the docket that the dismissal is pursuant to 18 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this 11th day of June, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge